UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| JAMES L. SANDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 2:13-CV-19-FL |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion to remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered November 6, 2013, that defendant's motion to remand is granted and the Commissioner's decision is reversed. This matter is remanded to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g) and § 1383(c)(3) for further proceedings including a new hearing before an Administrative Law Judge.

**This Judgment Filed and Entered on November 6, 2013, and Copies To:**

Branch W. Vincent, III (via CM/ECF Notice of Electronic Filing)
Jeanette M. Mandycz (via CM/ECF Notice of Electronic Filing)


November 6, 2013              JULIE A. RICHARDS, CLERK
                              /s/ Christa N. Baker
                              (By) Christa N. Baker, Deputy Clerk